Chad Lee Brubaker §     Court of Appeals.
          vs.      §       First District
State of Texas     §         Houston

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL -8-2015

CHRISTOPHER A. PRINE
CLERK

Appealed from the 411TH Judicial Court of

Polk County, Texas

Case No. 23075

On Appeal in the Court of Appeals

First District — Houston

NO. 01-15-00035-CR

Pro Se

Appellants Motion to Extend Time

for ~~Clerks~~ Filing a Response

To the Honorable Judges of said Court:

Comes now Appellant, Chad Lee Brubaker, and respectfully requests that the time be extended for filing a response in the above-styled case number.

In support of this motion Appellant shows:

1.

On November 5TH, 2014 in the 411TH Judicial District Court, Polk County, Texas — Appellant was sentenced to 30 years in T.D.C.J.

## 2.

Appellant had a fundamental right to file an appeal in said case number:

On November 18TH, 2014' Appellant requested, in writing, to the Judge of the 411TH Judicial District Court, in notification of the Appellants intentions to file an appeal.

## 3.

On December 5TH, 2014' Judge Jones of the 411TH Judicial District Court acknowledged and filed Appellants request.

## 4.

On December 5TH, 2014', Appellate Counsel was appointed to file an appeal on Appellants behalf – Attorney Jennifer Bergman.

## 5.

On June 9TH, 2015', Appellant was notified in the very first communication w/ Appellate Counsel that an Anders Brief had been filed.

## 6.

Appellant would show that the deadline

to file a ~~to~~ response to said brief is July 9TH, 2015.

7.

Appellant respectfully requests that the time be extended 60 days to September 9TH, 2015

8.

Appellant would show there have been no requested extensions prior to this motion.

9.

Appellant would show further that a reasonable excuse exsists for the requested extension of time:

1.) Appellant has had no time to review any records of the Court.

2.) Appellant has limited knowledge of the law & it's legal workings/rules.

3.) Appellant - being incincerated in T.P.C.J has limited access to legal law library.

4.) Appellant is currently waiting on some documents to be mailed in.

## Prayer

Appellants prayer is that this Honorable Court would grant this Pro Se motion to extend the time to file a response.

Respectfully submitted
This Day:

July 7TH, 2015

CHAD LEE BRUBAKER

X _Chad Brubaker_

T.D.C.J. # 01963354

1697 FM 980

HUNTSVILLE, TX 77343

ELLIS UNIT

Chad Perubaker 1963354
Ellis Unit
1697 FM 980
Huntsville, TX 77343

Legal
Mail

FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL - 8 2015

CHRISTOPHER A. PRINE
CLERK

Court of Appeals
1st District
301 Fannin Street
Houston, TX 77002 -

NORTH HOUSTON TX 773
06 JUL 2015 PM 1

77002206699